**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LESLIE V. EARNEST**                                                        **PLAINTIFF**

**V.**                                                   **CAUSE NO. 4:14CV094-JMV**

**CLARKSDALE MUNICIPAL SCHOOL DISTRICT**                  **DEFENDANT**

**ORDER**

Pursuant to the Memorandum Opinion issued this day, Defendant's Motion to Dismiss for Failure to State a Claim [8], which this court converted to a motion for summary judgment, is GRANTED as to Plaintiff's state law claims, and said claims are hereby DISMISSED with prejudice.

SO ORDERED, this 23rd day of December, 2014.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE