IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**LESLIE V. EARNEST**                                                            **PLAINTIFF**

**V.**                                                       **CAUSE NO. 4:14-CV-094-JMV**

**CLARKSDALE MUNICIPAL SCHOOL DISTRICT**                  **DEFENDANT**

## FINAL JUDGMENT

The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. Consistent with the Memorandum Opinion and Order entered today,

IT IS, THEREFORE, ORDERED AND ADJUDGED that:

1. Judgment is hereby granted in favor of Defendant on all of the Plaintiff's claims;

2. The parties shall bear their own costs; and

3. The Clerk shall forthwith close this case.

This 29th day of September, 2015.

                                                               /s/ Jane M. Virden
                                                                   U. S. Magistrate Judge